NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1402

BOEHRINGER INGELHEIM INTERNATIONAL GMBH
and BOEHRINGER INGELHEIM PHARMACEUTICALS, INC.,

Plaintiffs-Appellants,

v.

MYLAN PHARMACEUTICALS, INC.
and MYLAN INC.,

Defendants-Appellees.

Appeal from the United States District Court for the District of New Jersey in case no. 09-CV-366, Judge Faith S. Hochberg.

ON MOTION

Before PROST, Circuit Judge.

ORDER

Boehringer Ingelheim International GmbH et al. and Mylan Pharmaceuticals, Inc. et al. jointly move to stay this appeal pending the court's disposition of 2009-1032. Boehringer also moves for a 30-day extension of time, until September 10, 2009, to file its brief.

Upon consideration thereof,

IT IS ORDERED THAT:

(1)    The motion to stay is granted. The parties are directed to inform the court within 30 days of the disposition of 2009-1032 concerning how they believe this appeal should proceed.

(2)    The motion for an extension of time is moot.

FOR THE COURT

AUG 14 2009

Date

/s/ Jan Horbaly

Jan Horbaly
Clerk

cc: Bruce M. Wexler, Esq.
David J. Harth, Esq.

s19

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 14 2009

JAN HORBALY
CLERK

2009-1402                                    2